UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLE LEAF ADVENTURES CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>JET TERN MARINE CO., LTD,<br><br>Respondent. | Case No. C18-1321RSM<br><br>ORDER GRANTING SECOND MOTION FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL |

This matter comes before the Court on Petitioner Maple Leaf Adventures Corporation's Second Motion for Clerk's Service on Foreign Corporation. Dkt. #15.

Petitioner began this action with a Petition for Confirmation and Judgment on Foreign Arbitration Award on September 7, 2018. Dkt. #1. Respondent Jet Tern Marine Company has not appeared. Petitioner states that Respondent is a Taiwanese company that may control or maintain assets in this District. *Id.* at 1–2. Investigation into those assets is ongoing.

Petitioner now seeks to serve Respondent by the manner prescribed in Rule 4(f)(2)(C)(ii), "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt." Dkt. #15 at 2. Petitioner provides the Clerk with a single address for Respondent in Taiwan. *Id*. at 3.

Petitioner's second Motion provides the Court with adequate analysis of the remainder of Rule 4(f)'s requirements. *See id.* Given the current record, it appears to the Court that service by mail with a signed receipt may be acceptable under Taiwanese law, and that this service method has been authorized previously by several federal courts. Accordingly, the Court will direct the Clerk to serve Respondent by mail at the provided address.

Having reviewed the relevant briefing and the record, the Court hereby finds and ORDERS that Petitioner Maple Leaf Adventures Corporation's Second Motion for Clerk's Service on Foreign Corporation, Dkt. #15, is GRANTED. The Clerk is DIRECTED to send by international registered mail the Summons (Dkt. #10), Petition to Confirmation and Judgment on Foreign Arbitral Award with exhibits and attachments (Dkt. #1), and Corporate Disclosure Statement (Dkt. #3) to the following address:

> Jet Tern Marine Co. Ltd.
> 7F-6, No. 83, Section 1, Nankan Road
> Luchu Shiang, Taoyuan Hsien, 33855
> Taiwan.

DATED this 22 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND MOTION FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL - 2