UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLE LEAF ADVENTURES CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>JET TERN MARINE CO., LTD,<br><br>Respondent. | Case No. C18-1321-RSM<br><br>ORDER OF DISMISSAL |

The instant matter comes before the Court *sua sponte* and on the Court's prior Order to Show Cause, Dkt. #19. This case has been pending since September 7, 2018. Over a year has elapsed since the Court directed service by international mail, yet Petitioner has provided no proof of service or any docket activity since that date. The Court has previously cautioned Plaintiff for failure to diligently prosecute this case. *See id.*; *see* Dkt. #6 at 1-2.

On February 14, 2020, this Court issued an Order to Show Cause ordering Plaintiff to submit a Response within seven days indicating why this case should not be dismissed. Dkt. #19. The Court ordered Plaintiff to respond with "a short statement telling the Court (1) why service in this case is or is not proper; and (2) why this matter should not be dismissed without prejudice for failure to prosecute." *Id.* at 2. The Court advised that Plaintiff's failure to file this Response would result in dismissal of this case.

ORDER OF DISMISSAL - 1

In an abundance of caution, the Court waited an additional fourteen (14) days after Plaintiff's response was due, thereby allowing Plaintiff twenty-one (21) days to respond to the show cause order. As of the date of this Order, Plaintiff has failed to file any response in this matter. Accordingly, the Court hereby finds and ORDERS:

1) Plaintiff's claims are DISMISSED without prejudice.

2) This matter is CLOSED.

DATED this 9 day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE